## HULL et al. v. LESTER.
### No. 3309.

Court of Civil Appeals of Texas. El Paso.
Jan. 9, 1936.

A. Robinson, of San Antonio, for appellants.

Travis Moursund, of San Antonio, and N. T. Stubbs, of Johnson City, for appellee.

HIGGINS, Justice.

This appeal is dismissed because of failure to file assignments of error and briefs as required by rule 38 of the Courts of Civil Appeals.